UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

**CLOSED CIVIL CASE**

Case No. 10-14211-CIV-GRAHAM/WHITE

CHRISTOPHER LEE SWICK,

    Plaintiff,

vs.

DEPARTMENT OF CORRECTIONS,
et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon the Report of the Magistrate Judge regarding Plaintiff's Civil Rights Complaint pursuant to 42 U.S.C. §1983 [D.E. 12].

**THIS MATTER** was initiated when pro se Plaintiff Christopher Lee Swick filed a complaint pursuant to 42 U.S.C. §1983 [D.E. 1], and an amended complaint [D.E. 11], alleging denial of access to the law library at Martin Correctional Institution. The matter was assigned to the Honorable United States Magistrate Judge Patrick A. White pursuant to the Clerk's Notice [D.E. 3]. The Magistrate Judge conducted an initial screening of the Plaintiff's Complaint pursuant to 28 U.S.C. § 1915. Subsequently, the Magistrate Judge issued a Report recommending that the matter be dismissed for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) [D.E. 9]. The Plaintiff filed no Objections to the Magistrate's Report.

**THE COURT** has conducted an independent review of the file and is otherwise fully advised in the premises. Accordingly, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge White's Report [D.E. 12] is hereby **RATIFIED, AFFIRMED and APPROVED** in its entirety. It is further

**ORDERED AND ADJUDGED** that the Plaintiff's Complaint [D.E. 1] is **DISMISSED.** It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED** and any pending motions are denied as **MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28 day of February, 2011.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Patrick A. White
    Christopher L. Swick, <u>Pro Se</u>